IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MADELINE FRANCIS,[1] | § | |
| | § | No. 468, 2025 |
| Respondent Below, | § | |
| Appellant, | § | Court Below–Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CN21-04474 |
| MAXWELL MEYER, | § | Petition No. 25-10895 |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: April 28, 2026
Decided: May 5, 2026

## <u>**ORDER**</u>

On March 16, 2026, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant, Madeline Francis, because she had not filed an opening brief by the March 12 deadline set by the Court. On March 27, the Chief Deputy Clerk issued a notice, sent by certified mail, to Francis directing her to show cause why this appeal should not be dismissed for her failure to file an opening brief. The United States Postal Service tracking information sheet shows that the notice was left at Francis's address on April 3. On April 14, the Chief Deputy Clerk re-sent the notice to show cause via first-class mail. A timely response to the notice was due on or before April 27. To date, Franis has not provided an updated address to the Court, responded to

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

the notice to show cause, or filed an opening brief. Under the circumstances, dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that this appeal be DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Gary F. Traynor*
Justice